UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HEATHYR J. ELLINGTON, Individually, and As Representative of the Estate of MICHAEL EARL ELLINGTON, Deceased, and JOHN-MICHAEL ELLINGTON,<br><br> Plaintiffs.<br><br>v.<br><br>THE UNITED STATES OF AMERICA, METRO AMBULANCE SERVICE, and GLOBALREHAB MANAGEMENT, LLC,<br><br> Defendants. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.: SA-15-CA-426 |

## MOTION TO DISMISS CLAIMS AS TO DEFENDANT GLOBAL REHAB MANAGEMENT, LLC

TO THE HONORABLE JUDGE OF SAID COURT:

 COME NOW, HEATHYR J. ELLINGTON, Individually, And As Representative of the Estate of MICHAEL EARL ELLINGTON, Deceased, and JOHN-MICHAEL ELLINGTON, Plaintiffs in the above-entitled and numbered cause, and would make known to the Court that Plaintiffs do not desire to further prosecute their cause of action now pending against Defendant, GLOBALREHAB MANAGEMENT, LLC, only, in this lawsuit, and moves the Court to dismiss Plaintiffs' claims against this Defendant only, with prejudice to the refiling of same, with costs of court taxed to the party incurring same.

Respectfully submitted,

Jeffrey C. Anderson
SBN: 01190500
THE LAW OFFICES OF JEFFREY C. ANDERSON
9601 Mc Allister Freeway, Suite 1250
San Antonio, Texas 78216
(210) 340-8880
(210) 340-8885
jca@texaslawfirm.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

The parties have conferred and are in agreement to the filing of this motion.

Kevin E. Oliver

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded, on this 7 day of January, 2016, to all counsel of record via the Court' ECF system

Jeffrey C. Anderson