THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HEATHYR J. ELLINGTON, individually and as representative of the estate of MICHAEL EARL ELLINGTON, deceased, and JOHN-MICHAEL ELLNGTON,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA and GLOBALREHAB MANAGEMENT, LLC,<br><br>Defendants. | §§§§§§§§§§§§§§§§§ | NO. SA-15-CV-426-DAE |

<u>ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS</u>

On January 7, 2016, Heathyr J. Ellington, individually and as representative of the estate of Michael Earl Ellington, and John-Michael Ellington (collectively, "Plaintiffs") moved to dismiss GlobalRebab Management, LLC from the instant lawsuit.  (Dkt. # 22.)  The Motion is unopposed, and the Court finds that this motion should be granted.

All claims in the instant suit against GlobalRebab Management, LLC are hereby **DISMISSED WITH PREJUDICE**.  Costs of court will be taxed to Plaintiffs.

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, January 8, 2016.

_____
David Alan Ezra
Senior United States Distict Judge