IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HEATHYR J. ELLINGTON, Individually, § <br> and as Representative of the Estate of § <br> MICHAEL EARL ELLINGTON, Deceased, § <br> and JOHN-MICHAEL ELLINGTON, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> THE UNITED STATES OF AMERICA, § <br> § <br> Defendant. § | CIVIL ACTION NO. SA-15-CA-00426-DAE |

## STIPULATION OF DISMISSAL

Comes now Plaintiffs, Heathyr J. Ellington, Individually, and as Representative of the Estate of Michael Earl Ellington, Deceased and John-Michael Ellington and Defendant, United States of America, by and through their undersigned counsel of record, who hereby agree and stipulate as follows:

All conditions of the parties' settlement agreement having been fulfilled, the parties, through their undersigned counsel, now hereby stipulate to the dismissal with prejudice of the above-captioned action against the United States of America, with the parties to bear their own fees and costs.

Respectfully submitted,
**RICHARD L. DURBN, JR.**
United States Attorney

By:   */s/ Clayton R. Diedrichs*
CLAYTON R. DIEDRICHS
Assistant United States Attorney
Colorado Bar No. 16833
601 N.W. Loop 410, Sixth Floor
San Antonio, Texas 78216
Tel. (210) 384-7310

Fax. (210) 384-7312
clayton.diedrichs@usdoj.gov

**ATTORNEY FOR DEFENDANT**

*/s/ Jeffrey C. Anderson*
JEFFREY C. ANDERSON
Law Offices of Jeffrey C. Anderson
State Bar Number 01190500
9601 McAllister Freeway, Ste 1250
San Antonio, Texas 78216
(210) 340-8880
(210) 340-8885 fax

**ATTORNEY FOR PLAINTIFF**